UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID AESCHLIMAN and<br>DEBORAH AESCHLIMAN, h/w<br><br>Plaintiffs,<br><br>v.<br><br>GLEN H. PESCHKEN, DOLE FRESH FRUIT,<br>DOLE CORP., DOLE FOOD COMPANY, INC.<br>DOLE FRESH VEGETABLES, INC., Individually,<br>Jointly, Severally and/or in the Alternative<br><br>Defendants. | CIVIL ACTION NO. 02003536 |

## ENTRY OF APPEARANCE
## AND DEMAND FOR TRIAL BY TWELVE JURORS

**TO THE PROTHONOTARY:**

Kindly enter my appearance and demand of a jury trial of twelve (12) jurors on behalf of Defendants, Glen H. Peschken, Dole Fresh Fruit, Dole Corp., Dole Food Company, Inc., Dole Fresh Vegetables, Inc. in the above-captioned matter.

Dated:                                        **POST & SCHELL, P.C.**


By: _____
Joseph R. Fowler
Attorneys For Defendants