```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AESCHLIMAN, et al.,          :   CIVIL ACTION
                             :
        Plaintiffs,           :
    v.                       :
                             :
                             :   NO.   02-3536
PESCHKEN, et al.,    :
                             :
        Defendants.          :
```

ORDER

AND NOW, this 13th day of September, 2002, it is hereby ORDERED that a pre-trial conference in the above-captioned matter shall be held on October 17, 2002 at 4:30 p.m. in Room #17614, United States Courthouse.

BY THE COURT:

_____
James T. Giles,  C.J.

copies by FAX to
on