IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


AESCHLIMAN, et al.,                 :
                                    :
            Plaintiffs,             :    CIVIL ACTION
        v.                          :
                                    :
                                    :    NO.   02-3536
PESCHKEN, et al.,                   :
                                    :
            Defendant.              :

<u>ORDER</u>

        AND NOW, this    day of October, 2002, it is hereby
ORDERED that the pre-trial conference previously scheduled for
October 17, 2002 at 4:30 p.m. in the above-captioned matter is
RESCHEDULED for <u>October 16, 2002</u> at <u>3:30 p.m.</u> in <u>Room #17614</u>,
United States Courthouse.




                                BY THE COURT:



                                _____
                                James T. Giles,  C.J.



copies by FAX to
on