IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AESCHLIMAN, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| | : | NO.  02-3536 |
| PESCHKEN, et al., | : | |
| Defendant. | : | |

<u>ORDER</u>

AND NOW, this    day of October, 2002, it is hereby ORDERED that a settlement/pre-trial conference in the above-captioned matter shall be held on <u>November 6, 2002</u> at <u>10:30 a.m.</u> in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
James T. Giles,  C.J.

copies by FAX to
on