IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
AESCHLIMAN, et al.,              :
                                 :
          Plaintiffs,            :    CIVIL ACTION
     v.                          :
                                 :
                                 :    NO.   02-3536
PESCHKEN, et al.,                :
                                 :
          Defendants.            :
```

ORDER

     AND NOW, this      day of November, 2002, it is hereby ORDERED that the above-captioned matter is referred to arbitration.

     It is further ORDERED that the arbitration clerk shall schedule this case for an arbitration hearing in the month of <u>February 2003</u>.

BY THE COURT:

_____
James T. Giles,  C.J.

copies by FAX to
on