IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| DAVID AESCHLIMAN<br>DEBORAH AESCHLIMAN, H/W | : | CIVIL ACTION |
| v. | : | |
|  | : | No. 02-3536 |
| GLEN H. PESCHKEN, DOLE FRESH FRUIT,<br>DOLE CORP., DOLE FOOD CO., INC. AND<br>DOLE FRESH VEGETABLES, INC. | : | |
|  | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on February 24, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date: November 20, 2002

Copies:   Margaret Gallagher, Courtroom Deputy to Judge James T. Giles
          Docket Clerk - Case File

   Counsel:   Ross Begelman, Esq.
              Joseph R. Fowler, Esq.

ARB2.FRM