IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DAVID AESCHLIMAN<br>DEBORAH AESCHLIMAN, H/W<br><br>v.<br><br>GLEN H. PESCHKEN, DOLE FRESH FRUIT,<br>DOLE CORP., DOLE FOOD CO., INC. AND<br>DOLE FRESH VEGETABLES, INC. | CIVIL ACTION<br><br>No. 02-3536 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on March 24, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

*Continued from Feb. 24, 2003 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone:267-299-7073

Date: March 7, 2003

Copies:   Margaret Gallagher, Courtroom Deputy to Judge James T. Giles
          Docket Clerk - Case File

          Counsel:     Ross Begelman, Esq.
                       Joseph R. Fowler, Esq.
          Arbitrators: Mark Cohen, Esq.
                       Lawrence Richman, Esq.
                       Faith Leibman, Esq.

ARB2.FRM