IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DAVID AESCHLIMAN<br>DEBORAH AESCHLIMAN, H/W<br><br>v.<br><br>GLEN H. PESCHKEN, DOLE FRESH FRUIT,<br>DOLE CORP., DOLE FOOD CO., INC. AND<br>DOLE FRESH VEGETABLES, INC. | : CIVIL ACTION<br>:<br>:<br>:<br>: No. 02-3536<br>:<br>:<br>: |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on May 5, 2003. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                          Michael E. Kunz
                                          Clerk of Court

*Continued from March 24, 2003 per Judge

                                        By:_____
                                        Crystal Wardlaw
                                        Deputy Clerk
                                        Phone:267-299-7073

Date: <u>March 25, 2003</u>

Copies:     Margaret Gallagher, Courtroom Deputy to Judge James T. Giles
               Docket Clerk - Case File

               Counsel:     Ross Begelman, Esq.
                               Joseph R. Fowler, Esq.
               Arbitrators:  Mark Cohen, Esq.
                               Lawrence Richman, Esq.
                               Faith Leibman, Esq.

ARB2.FRM