IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID AESCHLIMAN
DEBORAH AESCHLIMAN, H/W             :

                                    :         CIVIL ACTION

v.                                  :

                                    :         NO. 03-3536

GLEN H. PESCHKEN, DOLE FRESH FRUIT, DOLE
CORP., DOLE FOOD CO., INC. AND DOLE FRESH
VEGETABLES, INC.

                                    :

**ORDER SUBSTITUTING AN ARBITRATOR**

    AND NOW, this        day of              ,          , it is hereby

    ORDERED that Faith Leibman, Esq. is replaced as an arbitrator on May 5, 2003, 9:30a.m. It is hereby

    FURTHER ORDERED that Linda Moy, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

                                      BY THE COURT:

                                      _____
                                      JAMES T. GILES, J.

ARB8 (12/82)